**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **SCOTT SHEPHERD** | ) | **BK. NO. 24-70418-JHH-7** |
| | ) | |
| **DEBTOR(S).** | ) | |

---

| | | |
|---|---|---|
| **SCOTT SHEPHERD** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Adversary Proceeding** |
| | ) | |
| **State of Alabama** | ) | **A.P. # 25-7_____** |
| **Department of Revenue** | ) | |
| | ) | |
| **Defendants.** | ) | |

### COMPLAINT TO DETERMINE THE DISCHARGEABILITY OF TAX INDEBTEDNESS OWED TO THE STATE OF ALABAMA DEPARTMENT OF REVENUE

Come now the Debtor by and through counsel of record, and shows this

Honorable Court as follows:

1. This Court has jurisdiction over this adversary proceeding pursuant to **28 U.S.C. § 1334 and 11 U.S.C. § 505 and § 523.**

2. This is a core proceeding pursuant to **28 U.S.C. § 157(b)(2)(I)**.

3. Debtor/Plaintiff moves this Court to determine the dischargeability of taxes owed by Plaintiff to Defendant pursuant to **11 U.S.C. §§ 505, 507, 523 and 1328.**

4. Plaintiff is the Debtor in the above styled Chapter 7 case that was filed **March 27, 2024** and owes taxes to The State of Alabama for the tax period 2019 in the amount of approximately $3,226.15.

5. The Defendant in this matter is The State of Alabama Department of Revenue.

6. Plaintiffs aver that the taxes owed to the Defendant are income taxes for the years outlined above and that the tax years in question are each over three years preceding the filing date of the bankruptcy pursuant to 11 U.S.C. § 507(a)(8)(A)(i). Plaintiff further avers that the tax return required for that year was timely filed (greater than 2 years ago) and more than 240 days have elapsed since additional taxes were assessed by the United States of America for those years pursuant to 11 U.S.C. § 507(a)(8)(A)(ii).

7. Plaintiffs further aver that they are entitled to relief pursuant to **11 U.S.C. § 523** for the taxes owed for 2019 are to be determined dischargeable pursuant to this bankruptcy proceeding.

WHEREFORE, Plaintiffs request the following relief:

A. That the Court determine that the income taxes owed for the years outlined above by plaintiffs to defendant are a dischargeable debt in this bankruptcy proceeding;

B. That the Court enters a judgment for any other further or different relief to which plaintiffs may be entitled under the premises.

Respectfully Submitted

/s/ Eric M. Wilson
Eric M. Wilson
1902 8th Street
Tuscaloosa, AL 35401
(205) 349-1280

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following:

Mary Mitchell
Assistant Attorney General
State of Alabama
Assistant Counsel, Department of Revenue
P.O. Box 320001
Montgomery, Alabama 36130

State of Alabama, Dept. of Revenue
Legal Division, Sarah Harwell
PO Box 320001
Montgomery, AL 36132-0001

State of Alabama, Department of Revenue
50 N. Ripley Street
Montgomery, AL 36130

By mailing a copy of the same in the U.S. Mail, properly addressed, and first class postage prepaid, or by hand delivery.

This the 7th day of April, 2025.

/s/ Eric M. Wilson
Counsel for Debtor